UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JODI CRANDELL, JUAN ONTIVEROS, and JIM KETTELKAMP, on behalf of themselves and all others similarly situated,<br><br>      **Plaintiffs,**<br><br>v.<br><br>**VOLKSWAGEN GROUP OF AMERICA, INC.** and **VOLKSWAGEN AKTIENGESELLSCHAFT,**<br><br>      **Defendants.** | Civil Action No. 18-13377 (CCC)<br><br>**ORDER** |

   **IT IS** on this 22nd of November 2019,

   **ORDERED** that, the December 10, 2019 conference before the Undersigned is hereby rescheduled to **January 15, 2020, at 10:00 a.m.** at the United States Post Office & Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey.  Counsel for Plaintiffs and Defendants shall attend the conference **in-person**.  Individual parties and representatives of entities, with full settlement authority, shall be available to participate by telephone.  Individual parties and representatives may have to appear at any subsequent conferences before the Undersigned.

                     _s/Mark Falk_
                     **MARK FALK**
                     **United States Magistrate Judge**