UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JODI CRANDELL, JUAN ONTIVEROS, and JIM KETTELKAMP, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. and VOLKSWAGEN AKTIENGESELLSCHAFT,<br><br>       Defendants. | Civil Action No. 18-13377 (CCC)<br><br><br><u>**ORDER**</u> |

**IT IS** on this 9th day of June, 2020

**ORDERED** that there shall be a conference via ZOOM before the Undersigned on **June 24, 2020** at **10:00 a.m.** The ZOOM conference information will be sent to your designated email address on the Court's Electronic Filing System. **In addition to and wholly separate from lead counsel, individual clients are required to be present on the conference.** Counsel is directed to email their client's email addresses five (5) days before the conference to mf_orders@njd.uscourts.gov so that they may be included in the ZOOM invitation.

                   s/Mark Falk
                   **MARK FALK**
                   **United States Magistrate Judge**