UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JODI CRANDELL, JUAN ONTIVEROS and JIM KETTELKAMP, ABRAHAM LITCHFIELD, and JOSE SUAREZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. and VOLKSWAGEN AKTIENGESELLSCHAFT,<br><br>Defendants. | Civil Action No.: 18-cv-13377-CCC-MF<br><br>**ELECTRONICALLY FILED** |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**BURSOR & FISHER, P.A.**

Frederick J. Klorczyk III
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: fklorczyk@bursor.com

**BURSOR & FISHER, P.A.**

Joel D. Smith (*pro hac vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: jsmith@bursor.com

*Attorneys for Plaintiffs and the Proposed Settlement Class*

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on June 21, 2021 or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiffs Jodi Crandell, Juan Ontiveros, Jim Kettelkamp, Abraham Litchfield, and Jose Suarez shall move in the District Court of New Jersey for preliminary approval of class action settlement.

This motion is based on the Memorandum of Law, the accompanying declaration of Plaintiffs' counsel Frederick J. Klorczyk III and the attachments thereto, the pleadings and papers on file herein, and any other written and oral arguments that may be presented to the Court.

Dated: May 27, 2021                              Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:       */s/ Frederick J. Klorczyk III*
                Frederick J. Klorczyk III

Frederick J. Klorczyk III
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email:  fklorczyk@bursor.com

**BURSOR & FISHER, P.A.**

Joel D. Smith (*pro hac vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email:  jsmith@bursor.com

*Attorneys for Plaintiffs and the
Proposed Settlement Class*