# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JODI CRANDELL, JUAN ONTIVEROS and JIM KETTELKAMP, on behalf of themselves and all others similarly situated,<br><br>                      Plaintiffs,<br>      v.<br>VOLKSWAGEN GROUP OF AMERICA, INC., and VOLKSWAGEN AKTIENGESELLSCHAFT,<br><br>                      Defendants. | Civil Action No.: 18-CV-13377 (MF)<br><br>*Document electronically filed*<br><br><br>**DEFENDANTS' DISCLOSURES PURSUANT TO LOCAL CIVIL RULE 7.1.1** |

Pursuant to L. Civ. R. 7.1.1, Defendants Volkswagen Group of America, Inc. ("VWGoA") and Volkswagen Aktiengesellschaft ("VWAG") state that there is no person or entity providing funding for some or all of VWGoA's or VWAG's attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation, or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated: August 3, 2021

                                                        */s/ Homer B. Ramsey*
                                                        Homer B. Ramsey (NJ Bar No. 042661997)
                                                        **HERZFELD & RUBIN, LLC**
                                                        354 Eisenhower Parkway
                                                        Livingston, New Jersey 07039
                                                        Telephone: (973) 535-8840
                                                        hramsey@herzfeld-rubin.com

                                                        *Attorneys for Defendants*
                                                        *Volkswagen Group of America, Inc. and*
                                                        *Volkswagen Aktiengesellschaft*