UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JODI CRANDELL, JUAN ONTIVEROS and JIM KETTELKAMP, ABRAHAM LITCHFIELD, and JOSE SUAREZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. and VOLKSWAGEN AKTIENGESELLSCHAFT,<br><br>Defendants. | Civil Action No.: 18-cv-13377-JSA<br><br>**ELECTRONICALLY FILED** |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**BURSOR & FISHER, P.A.**

Frederick J. Klorczyk III
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email:  fklorczyk@bursor.com

**BURSOR & FISHER, P.A.**

Joel D. Smith (*pro hac vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email:  jsmith@bursor.com

*Class Counsel*

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on December 10, 2021, at 12:00 p.m. via Zoom Videoconference, the undersigned attorneys for Plaintiffs Jodi Crandell, Juan Ontiveros, Jim Kettelkamp, Abraham Litchfield, and Jose Suarez shall move in the District Court of New Jersey for final approval of class action settlement.

This motion is based on the Memorandum of Law, the accompanying declaration of Plaintiffs' counsel Frederick J. Klorczyk III, the Declaration of Lacey Racines, and the attachments thereto, the pleadings and papers on file herein, and any other written and oral arguments that may be presented to the Court.

Dated: October 27, 2021               Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:      /s/ Frederick J. Klorczyk III

Frederick J. Klorczyk III
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email:  fklorczyk@bursor.com

**BURSOR & FISHER, P.A.**

Joel D. Smith (*pro hac vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email:  jsmith@bursor.com

*Class Counsel*